IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>           Plaintiff,                         )<br>                                                          )<br>                                                          )<br>   vs.                                              )<br>                                                          )<br> KENNETH LEE JOHNSON,       )<br>                                                          )<br>           Defendant.                     )<br>                                                          ) | 4:04CR3166<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

   Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

   The above-named defendant shall be detained until further order, because:

   __X__ The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

   ____ The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
<u>based onthe allegations of record, the defendant failed ot comply with the most restrictive non-treatment option available for consideration.  At this time, he will be detained because he poses of risk of hard to himself and the community if released.</u>

**IT HEREBY IS FURTHER ORDERED:**

   The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;  the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   November 18, 2011                              BY THE COURT:


                                                                                *s/Cheryl R. Zwart*
                                                                                Cheryl R. Zwart
                                                                                United States Magistrate Judge